HOLBEIN, EXR., ET AL., APPELLANTS, v. GENESIS HEALTHCARE SYSTEM ET AL., APPELLEES.

[Cite as *Holbein v. Genesis Healthcare Sys.,* 120 Ohio St.3d 459, 2009-Ohio-7.]

(No. 2007–2198—Submitted November 19, 2008—Decided January 7, 2009.)

———————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Fletcher v. Univ. Hosps. of Cleveland,* 120 Ohio St.3d 167, 2008-Ohio-5379, 897 N.E.2d 147.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————

Rhonda Gail Davis, for appellants.

Michael J. Micheli, for appellees Genesis Healthcare System, Muskingum Emergency Physicians, Inc., and Michael R. Schuster, M.D.

Reminger & Reminger Co., L.P.A., Michael Romanello, and Angela Courtwright, for appellees Said Hanna, M.D., and General and Vascular Surgery of Southeastern Ohio.